UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DIAMOND,

    Plaintiff/Counter-Defendant,

-vs-

    Case No. 04-73889
    Hon:  AVERN COHN

JOHN A. GILLIS (a/k/a JOHN A. WHITE or
JACK WHITE), MEGAN M. WHITE p/k/a
THE WHITE STRIPES and THIRD MAN
RECORDS, INC.,

    Defendants/Counter-Plaintiffs.

_____/

## ORDER re: MOTIONS *IN LIMINE*

Trial in this case is scheduled to commence on June 12, 2006. Plaintiff has acknowledged only the copyright claim is now in the case.

Plaintiff has filed a motion *in limine* relating to a trial witness. The motion has been resolved. The witness may not testify unless plaintiff is given the opportunity to depose him seventy-two (72) hours in advance of trial.

Defendants have filed five (5) motions *in limine*. Defendants shall promptly notify plaintiff which motions require a ruling now that the case is limited to the copyright claim.

As to those motions plaintiff shall file a response by **May 30, 2006.**  The Court will hold a telephone hearing on these motions on **Thursday, June 01, 2006 at 2:00 p.m.**, the Court will initiate the call.

    SO ORDERED.


Dated:  May 25, 2006                    s/Avern Cohn
                                               AVERN COHN
                                               UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 25, 2006, by electronic and/or ordinary mail.

                                               s/Julie Owens
                                               Case Manager
                                               (313) 234-5160


S:\LORI\Cases\Diamond v. Gillis\Trial Order.wpd