UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JAMES DIAMOND,

     Plaintiff,

v.                                                                          Case No. 04-73889

JOHN A. GILLIS (a/k/a JOHN A.                          HONORABLE AVERN COHN
WHITE or JACK WHITE), MEGAN
WHITE p/k/a THE WHITE STRIPES, and
THIRD MAN RECORDS, INC.

     Defendants.

_____/

## ORDER re: MOTIONS *IN LIMINE*

     Defendants have filed five motions in limine.  The Court held a conference on the record on the motions on June 1, 2006.  The Court's statements on the record constitute the rulings on the motions.  No written order need be entered.

     Defendants have filed a motion requesting that the Court rule on the legal standard for intent regarding the copyright claim.  The request implicates the sufficiency of the evidence to support a properly instructed jury deciding in favor plaintiff.  Accordingly, the motion is DENIED.

     SO ORDERED.


Dated:  June 1, 2006                            s/Avern Cohn_____
                                                            AVERN COHN
                                                            UNITED STATES DISTRICT JUDGE

04-73889 Diamond v. Gillis, et al

**Proof of Service**

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 1, 2006, by electronic and/or ordinary mail.

 s/Julie Owens
Case Manager, (313) 234-5160