UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DIAMOND,

       Plaintiff(s),                CASE NUMBER: 04-73889
                                            HONORABLE AVERN COHN

v.

JOHN A. GILLIS, et al,

       Defendant(s).
       _____/

## ORDER

On June 29, 2006 defendant filed a motion styled

    DEFENDANTS/COUNTER-CLAIMANTS MOTION AND BRIEF

    TO AMEND THE JUDGMENT AND/OR TO CORRECT A

    CLERICAL MISTAKE ON THE JUDGMENT

accompanied by a draft form of the proposed amendment. There appears to be no opposition to the motion. Accordingly the motion is GRANTED and the Clerk is directed to enter an amended judgment in the form requested nunc pro tunc June 15, 2006.

    SO ORDERED.

Dated: August 18, 2006            s/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 18, 2006, by electronic and/or ordinary mail.

                                                  s/Julie Owens
                                                Case Manager, (313) 234-5160