AO 450  (Rev. 7/99) Judgment in a Civil Case

**CLOSED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

JAMES DIAMOND,

                Plaintiff,

v.

JOHN A. GILLIS, et al,

                Defendant.
_____/

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 04-73889

Honorable Avern Cohn

■ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants on Plaintiff's complaint and judgment is entered in favor of Counter-Claimants on the counter-claim and the case is DISMISSED.

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

**the attorneys of record**

Date August 18, 2006

Nunc Pro Tunc June 15, 2006

David Weaver, Clerk of Court

s/ Julie Owens
Deputy Clerk